# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| RICHARD T. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) |
| VICKIE V. BROWN, in official Capacity as acting Warden, Effingham County Prison, EFFINGHAM COIUNTY BOARD OF COMMISSIONERS, | ) Case No. CV415-293 |
| Respondent. | ) |

## ORDER

Defendants' unopposed motion to stay this case until the district judge rules on their dismissal motion is **GRANTED**.[1] Doc. 11.

**SO ORDERED**, this 16Th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] White has filed an employment discrimination case that the defendants contend, *inter alia*, is barred by judicial estoppel because he failed to disclose this claim in his Chapter 13 bankruptcy proceeding. Doc. 10-1 at 5 ("White's failure to list his claims in his Chapter 13 bankruptcy proceeding in which creditors are intended by White to take a substantial haircut shows intent to mislead the Bankruptcy Court. Judicial estoppel bars all claims for monetary damages in this suit."); *see also id.* at 8 ("There can be no sustainable claim for punitive damages asserted against the County or Defendant Brown in her official capacity, and any claim for punitive damages should be dismissed."); *id.* at 8-11 (litigating other defenses). That motion remains pending before the district judge, and White's time to respond to it has not yet elapsed.