IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICHARD T. WHITE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV415-293
 )
VICKIE V. BROWN, in official )
capacity as acting Warden, )
Effingham County Prison, and )
EFFINGHAM COUNTY BOARD OF )
COMMISSIONERS, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Defendants' Motion to Dismiss (Doc. 10) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA